

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## SEALED CRIMINAL MINUTES FOR JUDGE JOAN A. LENARD

Date: August 29, 2011    Case NO. 07-20794-CR(s)

CRD: Patricia Mitchell    Court Reporter: Lisa Edwards

Time: 2:45 pm - 2:50 pm

PARTIES:   USA vs. Carlos Mario Jimenez Naranjo

GOVERNMENT ATTORNEY(S)          DEFENDANT(S) ATTORNEY(S)

Andrea Hoffman                  Hugo Rodriguez


REASON FOR HEARING:   SEALED SHOW CAUSE HEARING

RESULT OF HEARING:   The Court heard from the parties as to the status of case remaining sealed. Government advised case can be unsealed, defense request sealed, ex parte argument heard from defense. Court ordered case shall remain sealed for 60 days, thereafter unseal. Case shall be unsealed 10/31/11