EBS/rw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   07-20794-CR-JAL

UNITED STATES OF AMERICA,

v.

CARLOS MARIO JIMENEZ-NARANJO

    Defendant.
_____ /

## UNITED STATES' NOTICE OF TERMINATION

THE UNITED STATES OF AMERICA, by and through the undersigned, respectfully files this Notice of Termination.  The counsel for the United States, Barbara N. Papademetriou is no longer counsel of record for the United States of America in this matter since her retirement from Government service January of 2010.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:   /s/ Evelyn B. Sheehan
    Evelyn B. Sheehan
    ASSISTANT UNITED STATES ATTORNEY
    FL. Bar No. 0944351
    99 N.E. 4th Street - 7th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9125
    Fax: (305) 536-7599
    Evelyn.Sheehan@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2014, the undersigned electronically filed the foregoing Notice of Termination for former Assistant U.S. Attorney Barbara N. Papademetriou using CM/ECF.

/s/ Evelyn B. Sheehan
Evelyn B. Sheehan
Assistant United States Attorney